UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS JOHNSON,

    Plaintiff,

v.

                                            Case No. 5:19-cv-407-TKW-MJF

MARK INCH, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On December 2, 2019, the court granted Plaintiff's motion to proceed *in forma pauperis* and assessed an initial partial filing fee of $4.83, to be paid within thirty (30) days. (Doc. 6). Plaintiff was warned that failure to pay the initial partial fee likely would result in dismissal of this case. Plaintiff has not complied with the order and has not responded to the January 16, 2020, order (Doc. 7) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to prosecute, failure to pay the filing fee, and failure to comply with this court's orders.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk be directed to close this case file.

At Panama City, Florida, this 18th day of February, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").