UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEWIS JOHNSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 5:19cv407-TKW-MJF

MARK INCH, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 8). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed, and the Clerk shall close the case file.

**DONE and ORDERED** this 16th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**